CRIMINAL COMPLAINT
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Andrea Rose Alejandro; DOB: 1978; U.S. Citizen<br>Wayne Michael Hardy; DOB: 1965; U.S. Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>21-03046MJ |

Complaint for violation of Title 21, United States Code, Section 846

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Beginning at a time unknown, and continuing to on or about May 31, 2021, at or near Lukeville, in the District of Arizona, **Andrea Rose Alejandro** and **Wayne Michael Hardy**, named herein as defendants and co-conspirators, did knowingly and intentionally combine, conspire, confederate and agree together and with other persons known and unknown to possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi); 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii); and 1 kilogram or more of heroin, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i).

All in violation of Title 21, United States Code, Section 846.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On May 31, 2021, at approximately 2:40 p.m., Andrea Rose ALEJANDRO and Wayne Michael HARDY entered the United States from the Republic of Mexico at the Port of Entry in Lukeville, Arizona. ALEJANRO was the driver of a black 2019 Nissan Sentra. HARDY was a passenger in the vehicle. During an inspection, Customs and Border Protection (CBP) officers x-rayed the vehicle and observed anomalies in between the backseat area and the trunk. ALEJANDRO told CBP officers the vehicle belonged to her. When asked if everything in the vehicle belonged to her, ALEJANDRO stated, "Yes, this is all our stuff." Officers continued the inspection and found 58 packages of suspected narcotics, a handheld radio, and a tracking device concealed in the vehicle. Representative samples of the contents of the packages of suspected narcotics were field tested and yielded positive results for methamphetamine, fentanyl, and heroin. The packages of methamphetamine weighed 17.38 kilograms. The packages of fentanyl weighed 17.56 kilograms. The packages of heroin weighed 2.15 kilograms.

After waiving her *Miranda* rights, ALEJANDRO admitted she knew she was bringing illegal narcotics into the United States. ALEJANDRO said she was going to be paid approximately $1,500.00 to deliver the narcotics to Phoenix, Arizona.

After waiving his *Miranda* rights, HARDY admitted he was going to be paid $500.00 to bring in narcotics. HARDY said he thought he was going to be bringing in marijuana.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| REQUEST DETENTION<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>JS2/am<br>AUTHORIZED AUSA *Julie A. Sottosanti* | SIGNATURE OF COMPLAINANT<br>PHILLIP M COURTNEY<br>Digitally signed by PHILLIP M COURTNEY<br>Date: 2021.06.01 09:51:24 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>SA Phillip Courtney<br>Homeland Security Investigations |
| Sworn to telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Leslie A. Bowman* | DATE<br>June 1, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1 and 54